**SO ORDERED.**

**SIGNED this 18 day of January, 2008.**

_____
A. Thomas Small
United States Bankruptcy Judge

_____

United States Bankruptcy Court
Eastern District of North Carolina

| In Re: | Case No.: |
|---|---|
| Utenzi Corporation | 01-00974-5-ATS |
| **Debtor(s)** | |

### Order Denying Release of Unclaimed Funds

The matter before the court is the motion to release funds filed by Bernard Development Company on October 17, 2007. The motion is deficient in that the company tax identification number was omitted and the company name is not the same as the name shown on the bankruptcy petition. A deficiency letter was sent to Mr. Christopher Alston, Attorney for Bernard Development Company on October 24, 2007, requesting that the deficiencies be corrected by November 5, 2007. To date, the deficiencies have not been corrected. The court can only assume that Bernard Development Company no longer wishes to pursue the motion and the same is hereby denied without prejudice.

End of Document